UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DERRICK LLOYD (#120757)

VERSUS

TERRY TERRELL, ET AL

CIVIL ACTION

NUMBER 09-133-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the petitioner's application for a writ pursuant to 28 U.S.C. § 2241 shall be DISMISSED, without prejudice, for lack of subject matter jurisdiction.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 31, 2009.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45926